## United Security Life Insurance, Etc., Co., Appellant *v.* Brown (No. 1A).

Appeal No. 2, January T., 1921.

OPINION BY MR. JUSTICE SADLER, April 18, 1921:

It was stipulated by paper filed that the same judgment should be entered as in the preceding appeal, involving, as it does, the same parties and legal questions.

The judgment is affirmed.